# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 9, 2025

*Before*

THOMAS L. KIRSCH II, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| No. 24-2971 | JOEY KIMBROUGH,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br>　　　　　Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-01993-TWP-MJD<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)